PD-0242-18

PD-0242-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/5/2018 12:51 PM
Accepted 3/7/2018 11:42 AM
DEANA WILLIAMSON
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

———————◆———————

### No. 05-17-01135-CR

In the
Court of Appeals
for the
First District of Texas
at Dallas

———————◆———————

### No.067247-A

In the 15TH Judicial District Court
Grayson County, Texas

———————◆———————

## JOSE GUSTAVO CASTANEDA
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

———————◆———————

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE
## PETITION FOR DISCRETIONARY REVIEW

———————◆———————

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with the felony offense of possession of a controlled substance, and later placed on probation for a reduced offense of misdemeanor attempt to possess a controlled substance.

2. Appellant successfully completed his probation, but suffered immigration consequences due to the probation. Due to those consequences, he filed a writ of habeas corpus that was denied by the 15th Judicial District Court of Grayson County, Texas.

3. The Fifth District Court of Appeals in Dallas rendered judgment in an unpublished opinion on 21st day of February, 2018, affirming appellant's conviction and sentence.

5. Appellant's petition for discretionary review is due March 8, 2018.

6. Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until April 8, 2016, to file its petition for discretionary review. This is appellant's first request for an extension.

9. Appellant is currently in the custody of Immigration and Customs Enforcement awaiting an immigration hearing. Although a copy of the Judgement and Order with instructions were sent to Appellant on February 23, 2018, a green card has not yet been received. In an abundance of caution, a new copy with instructions for PDR has been sent today.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until April 8, 2018.

Respectfully submitted,

**/s/ Kimberley Miller Ryan**
**Kimberley Miller Ryan**
**for Jose Gustavo Castaneda**
110 S. Bolivar St. B2
Marshall, TX 75670
kimryanlaw@gmail.com
(903) 471-0816 phone
(888) 753-8808 fax

# CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on the 5th day of March, 2018, a copy of the foregoing was delivered to the attorneys in this matter.

**/s/ Kimberley Miller Ryan**
**Kimberley Miller Ryan**
**for Jose Gustavo Castaneda**
110 S. Bolivar St. B2
Marshall, TX 75670
kimryanlaw@gmail.com
(903) 471-0816 phone
(888) 753-8808 fax